UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS MENDOZA-ZAMORA,

Petitioner,

v.

UNITED STATES OF AMERICA, *et al.*,

Respondents.

Case No. C26-2706-MLP

ORDER

Petitioner Luis Mendoza-Zamora has filed an application to proceed *in forma pauperis* ("IFP") and a detainee account statement, along with a proposed petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. ## 1, 1-1.) The detainee account statement shows an available balance of $149.68, fluctuating between $33.00 and $210.00 over the last three months, demonstrating that Petitioner has sufficient funds to pay the $5.00 filing fee. (Dkt. # 1 at 3-4.) The Court will therefore require he pay the fee if he wishes to proceed with this action.

Accordingly, Petitioner is ORDERED to show cause, by **August 7, 2026**, why his IFP application should not be denied. In the alternative, Petitioner may pay the $5.00 filing fee before that date. Petitioner is advised that his failure to show cause or to pay the requisite filing fee by

the date set forth above shall be deemed a failure to properly prosecute this matter and this action may be dismissed without prejudice.

The Clerk is directed to re-note Petitioner's IFP application (dkt. # 1) for consideration on **August, 7, 2026**, and to send a copy of this Order to Petitioner.

Dated this 31st day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge